IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **GENE AUTRY HILL** | * | **CIVIL ACTION NO. 12-0292** |
| | | **SEC. P** |
| **VERSUS** | | |
| | * | **JUDGE ROBERT G. JAMES** |
| **WARDEN FRANKLIN PARISH DETENTION CENTER** | * | **MAG. JUDGE KAREN L. HAYES** |

**ORDER**

Before the undersigned Magistrate Judge, on reference from the District Court, is Petitioner Gene Autry Hill's Motion to Amend/Correct Party and for the District Attorney to provide Petitioner with a copy of the response to his Motion for Summary Judgement. [doc. # 28]. This motion is unopposed. Movant is a prisoner at the River Bend Detention Center Lake Providence, Louisiana and has filed a Petition for Writ of *Habeas Corpus* under 28 U.S.C. § 2254. [doc. # 1]. Petitioner specifically requests: (1) to substitute Respondent "Warden Chad Lee to Warden Johnny Hedgeman[;]" and, (2) service of "a copy of Respondent's response to the Motion for Summary . . ." or, in the alternative, waiver of the response. [doc. # 28, P. 1-2]. The Court will take Petitioner's requests in turn.

With respect to Petitioner's request to substitute respondents, the Court observes that Petitioner named "Franklin Parish Detention Center, Warden a/k/a Chad Lee" in his petition. Thus, he sued Lee in his official capacity, and substitution of a new warden is automatic under Federal Rule of Civil Procedure 25(d). Petitioner's motion is therefore GRANTED. The court notes that, whether the nominal defendant is Warden Chad Lee or Warden Johnny Hedgeman, Respondent in Petitioner's *habeas* petition and has already duly responded, and no additional response is required. *See* [doc. # 21].

Next, Petitioner requests service of Respondent's response to his Motion for Summary

Judgment (*See* [doc. # 23]).  The Court instructs Petitioner that Respondent has not filed an opposition to the motion, but is apparently relying on the response previously filed.  Therefore, Petitioner's request for a copy of Respondent's response is DENIED as Moot.

      THUS DONE AND SIGNED at Monroe, Louisiana, this 3rd  day of October , 2012.

KAREN L. HAYES
U. S. MAGISTRATE JUDGE