UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| GENE AUTRY HILL | * | CIVIL ACTION NO. 12-0292 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| WARDEN FRANKLIN PARISH DETENTION CENTER | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petitioner's Petition for Writ of *Habeas Corpus* under 28 U.S.C. § 2254 [Doc. Nos. 1 & 6] is hereby **DENIED AND DISMISSED WITH PREJUDICE**.

IT IS FURTHER HEREBY ORDERED that the Petitioner's Motion for Summary Judgment [Doc. No. 23-2] is hereby **DENIED**.

IT IS FURTHER ORDERED that Petitioner's appeal of the Magistrate Judge's order, motion for reconsideration of the Court's previous orders, and to "sua sponte order that the record be expanded with the police report . . . .and the recorded tape" [Doc. No. 51 (contained within Petitioner's objections to the Report and Recommendation)] is **DENIED**.

MONROE, LOUISIANA, this 1st day of February, 2013.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE

Case 3:12-cv-00292-RGJ-KLH Document 54 Filed 02/01/13 Page 2 of 2 PageID #: 810