UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **GENE AUTRY HILL** | * | **CIVIL ACTION NO. 12-0292** |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **WARDEN FRANKLIN PARISH DETENTION CENTER** | * | **MAG. JUDGE KAREN L. HAYES** |

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned *habeas* case, and after considering the record in this case and the requirements of 28 U.S.C. § 2253,

IT IS ORDERED that Petitioner's Motion for Certificate of Appealability [Doc. No. 53] is DENIED because the applicant has failed to make a substantial showing of the denial of a constitutional right.

MONROE, LOUISIANA, this 1st day of February, 2013.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE